To Mr. Abel Acosta, Clerk of the Court
Court of Criminal
PO Box 12308, Capitol Station
Austin, Tx 78711                    Case No. PD-1329-02

My Name is LaVern Burnem there is something I need of some clarity so that I will have some understanding what is going on. Because I know that you Denied Me My P.D.R. on July 31, 2002. But then I am seeing that you had granted the P.D.R. One On the same day, 7-31-2002 for the Extension for time to file petition for discretionary review. Now I know you sent me a card in 2002 that said you had Denied the P.D.R. Now if you did not which I know for a fact I did get the Extenson Extension to do the P.D.R. Then who would put this untrue document out there? Will you help me with this Please so that I will know what to do I need this help now please.

Thank You
For Your Time

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 08 2015
Abel Acosta, Clerk

out to you on
June 5, 2015
FRIDAY

LaVern Burnem
TDCJ # 791381
Housing B 121 Bottom Bed
William P. Hobby Unit
742 FM 712
Marlin, Tx 76661